NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAPITAL SECURITY SYSTEMS, INC.,**
*Plaintiff-Appellant*

**v.**

**NCR CORPORATION, SUNTRUST BANKS, INC., SUNTRUST BANK,**
*Defendants-Appellees*

---

2017-1396

---

Appeal from the United States District Court for the Northern District of Georgia in No. 1:14-cv-01516-WSD, Judge William S. Duffey, Jr.

---

## JUDGMENT

---

PETER LAMBRIANAKOS, Brown Rudnick, LLP, New York, NY, argued for plaintiff-appellant. Also represented by ALFRED ROSS FABRICANT.

PAUL WHITFIELD HUGHES, Mayer Brown LLP, Washington, DC, argued for defendants-appellees. Also represented by STEPHEN ERIC BASKIN, JONATHAN WEINBERG.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* MOORE, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  March 7, 2018  | /s/ Peter R. Marksteiner |
| :---: | :--- |
| Date | Peter R. Marksteiner |
| | Clerk of Court |